# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | CRIMINAL NO. 07-308  (KSH) |
| MAZEN MOKHTAR | : | <u>SCHEDULING ORDER</u> |

This matter having come before the Court in the presence of defendant Mazen Mokhtar (Henry Klingeman, Esq., appearing)  and Christopher J. Christie, United States Attorney for the District of New Jersey (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and the defendant being aware that he has the right to have the matter tried within 70 days from the date on which the Grand Jury handed down an Indictment in this matter pursuant to Title 18 U.S.C. § 3161; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Plea negotiations are continuing, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2)     The United States is in the process of reviewing new information and providing discovery to defendant, discovery which defendant must then have sufficient time to review prior to trial;

(3)     Defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance will likely conserve judicial resources; and

(5)     Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16th day of May, 2008;

ORDERED that trial in this matter shall commence on September 29, 2008 at 9:00 a.m.; and it is further

ORDERED that defendant's motions shall be due on or before August 4, 2008, opposition shall be filed by on or before August 18, 2008, any reply shall be filed on or before August 25, 2008, the motions shall be returnable on September 8, 2008, at 11:00 .am., and the Court shall hold a pre-trial conference on September 15, 2008, at 2:00 p.m.; and it is further

ORDERED that the proceedings in this matter are continued for the period from May 13, 2008, to and through September 29, 2008; and it is further

ORDERED that the period from the time from May 13, 2008, to and through September 29, 2008, and any additional delay resulting from the grant of this motion, is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

/s/ Katharine S. Hayden
HON. KATHARINE S. HAYDEN
United States District Judge