DOCUMENT FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 07-308 (KSH) |
| Plaintiff, | Hon. Katharine S. Hayden |
| v. |  |
| MAZEN MOKHTAR, | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. |  |

THIS MATTER having been opened to the Court by Defendant Mazen Mokhtar (Henry E. Klingeman, Esq., appearing) for an Order authorizing the United States Pretrial Services Agency to return Defendant Mokhtar's passport to him temporarily to bring it to the Egyptian Consulate; the United States of America (AUSA Andrew Kogan, appearing) having no objection; the Court having considered the record in the case, and the recommendation of the United States Pretrial Services Agency; and upon good cause shown,

WHEREFORE, IT IS on this _____ day of July, 2008;

ORDERED that the United States Pretrial Services Agency shall return to Defendant Mokhtar his United States passport for up to two (2) days to allow him to bring the passport to the Egyptian Consulate; and it is further

ORDERED that, upon completing his appointment at the Egyptian Consulate, Defendant Mokhtar shall promptly return the passport to the United States Pretrial Services Agency; and

ORDERED that all terms and conditions of pretrial release previously imposed remain in full force and effect.

HON. KATHARINE S. HAYDEN
United States District Judge