ADK/2005R00093

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-308 (KSH) |
| v. | : | 26 U.S.C. §§ 7203 & 7206(1) |
| MAZEN MOKHTAR | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-308, against defendant Mazen Mokhtar, charging the defendant with filing false tax returns in violation of Title 26, United States Code, Section 7206(1), and failing to file tax returns in violation of Title 26, United States Code, Section 7203, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. KATHARINE S. HAYDEN
United States District Judge

Dated: September 15, 2008.